## Custom Mechanical License

License #: 140827
Date Offered: August 27, 2014

Songs of Skydancer Music
P.O. Box 1347
Brewton, AL 36427

### CUSTOM MECHANICAL LICENSE TERMS AND CONDITIONS

1. We hereby grant to you the non-exclusive right and license to manufacture and distribute in the United States, its territories and possessions, the phonorecord(s) specifically identified herein (the "Phonorecord[s]").

2. In consideration of the rights herein granted, you agree to pay the statutory mechanical royalty rate in effect at the time of manufacture for each Phonorecord manufactured by you pursuant to this license. The right herein granted is a non-exclusive license for the specific use(s) described, and shall not be subject to set-off or recoupment with regard to any other license or use and the rights or obligations with respect thereto. In the event that more than one configuration is identified, each such configuration shall be deemed a separate license subject to the terms and provisions herein contained.

3. In the event that you fail to account and pay royalties as herein provided and fail to remedy such default within thirty (30) days after written notice given to you by certified or registered mail, this license and all such rights herein granted shall automatically terminate and such termination shall render either the making or distribution of Phonorecords for which the royalty has not been paid, actionable as acts of infringement as set forth in 17 U.S.C., Section 101 et. seq.

4. You hereby agree that we shall have the right to conduct audits of your books and records as same relate to the use of the Composition identified herein, provided that we provide you with written notice of our intent to audit not less than fifteen business days prior to such audits, and said right of audit of your books and records, which you warrant will be made available, may be exercised once during any calendar year with respect to royalty statements rendered in accordance with paragraph 3 above, and within three years of licensor's receipt of said statements.

5. You agree to include on the label or container of each record manufactured and distributed hereunder the title, composer, copyright owner and the applicable performing rights agency or agencies.

6. Licensor warrants and represents that it is the rightful owner or assignee of the owner of the rights herein conveyed. Licensee warrants and represents that it is the rightful owner or lawful assignee of the owner of the master recordings to be made and distributed pursuant to this license.

7. This license is not assignable.

Songs of Skydancer Music w Skydancer Entertainment, LLC                    Custom Mechanical License: 140827

EXHIBIT D

## Custom Mechanical License

License #: cm140827
Date Offered: August 27, 2014

Songs of Skydancer Music
P.O. Box 1347
Newton, AL 36427

To: Skydancer Entertainment, LLC
576 Osborne Lane
Murfreesboro, TN 37130

Refer to provisions of this agreement reproduced on reverse side of varying terms of compulsory license provision of Copyright Act. The following is supplementary thereto:

**DESCRIPTION OF MUSICAL WORK:**

| | |
|---|---|
| Composition: | Me And Conway |
| Author(s)/Composer(s): | Jeff Bates, Kenny Beard, Michael Ray |
| Administrative Percentage/Publisher(s): | Songs of Skydancer Music (BMI)* 33.33% |
| | Beardsongs (ASCAP) 33.33% |
| | Songs4Pennie (BMI) 33.33% |

* Denotes Publisher share covered in this license

**DESCRIPTION OF RECORDING**

| | |
|---|---|
| Artist/Group: | Jeff Bates |
| Product Title: | Me And Conway |
| Release Date: | October 10, 2014 |
| Playing Time | 2:49 |
| Label: | Skydancer Entertainment, LLC |
| Territory: | United States |

| Catalogue Number | Contrivance | Royalty Rate | Basis: |
|---|---|---|---|
| 861050000101 | CD | .091 | Statutory |

Guarantee Units: 50,000
Guarantee Advance: $1516.70 (50,000 x .091 x 33.33%)

**ADDITIONAL PROVISIONS**

Units initially manufactured: 50,000. Failure to return fully executed license and payment for initial units manufactured within 30 days of Skydancer Entertainment LLC offering date stated herein will render license null and void.

Copyright Line: © Songs of Skydancer Music (BMI).
All Rights Reserved. International Copyright Secured. Used by Permission.

This license does not include Digital Phonorecord delivery rights.

We acknowledge receipt of a copy hereof:

Skydancer Entertainment, LLC ("Licensee")

Issued By: Songs of Skydancer Music ("Licensor")

_____
(Please sign here)

Jeff Bates
(Please Print Name)

Title: _____

By: Michael Thompson
Owner